**Order entered November 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-04-01358-CV

**BASIC CAPITAL MANAGEMENT, INC., ET AL., Appellants**

**V.**

**DYNEX COMMERCIAL, INC., ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 03-00675**

## ORDER

Before the Court is appellant's motion to expedite the mandate.  We **GRANT** the motion.

We **DIRECT** the Clerk to issue the mandate forthwith.


/s/      CRAIG STODDART
JUSTICE